**536**

**Dan OLIVER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Alva A. Hollon, Hollon & Hollon, Hazard, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Frederick PANCAKE**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Stuard Wegener, Ludlow, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

**Preston BROUGHTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Preston Broughton, pro se.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**JOHNSON CONSTRUCTION CO. et al., Appellants,**

v.

**Beekle RAY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

D. B. Kazee, Jr., Francis & Kazee Law Office, Prestonsburg, for appellants.

G. C. Perry, III, Perry & Greene, Paintsville, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Affirming.*

\* Opinion ordered not to be published.